DORON WEINBERG (CA SBN 46131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
doronweinberg@aol.com

Attorneys for Defendant
STEVEN SHELTON

**FILED**

JUN 6 - 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STEVEN SHELTON, et. al., )<br>)<br>Defendants )<br>) | NO. CR-05-00334 ~~WDB~~ (SBA)<br><br>~~[PROPOSED]~~ ORDER |

Good cause appearing therefor,

IT IS HEREBY ORDERED that the order directing defendant Steven Shelton to surrender his passport to the Clerk of this Court on or before June 6, 2005 is hereby modified, as follows: defendant Steven Shelton is directed to surrender his passport to the Clerk of this Court as soon as it has been located and in any event, no later than July 15, 2005.

Dated: 6/6/05

_____
HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge

Order

cc: WDB's Stats, Financial, Pretrial, Lisa Clark