1   DORON WEINBERG (CA SBN 46131)
    WEINBERG & WILDER
2   523 Octavia Street
    San Francisco. CA 94102
3   Telephone: (415) 431-3472
    doronweinberg@aol.com
4
    Attorneys for Defendant
5   STEVEN SHELTON

6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA.           )    NO. CR-05-00334 ~~WDB~~ (SBA)
11                                       )
                 Plaintiff,              )    ~~[Proposed]~~ ORDER
12                                       )
                 vs.                     )
13                                       )
    STEVEN SHELTON, et. al.,             )
14                                       )
                 Defendants              )
15   _____)

16

17       Good cause appearing therefore,

18       IT IS HEREBY ORDERED that defendant Steven Shelton may surrender his passport on

19   or before September 9, 2005, to the Clerk of this Court.

20

21   Dated: August 18, 2005

22                                         HONO_____BRAZIL
                                           United_____te
23
24
25
26

*Law Offices of*
*WEINBERG & WILDER*
*523 Octavia Street*
*San Francisco California 94102*
*Telephone (415) 431-3472*