1  DORON WEINBERG (CA SBN 46131)
   WEINBERG & WILDER
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone: (415) 431-3472
   doronweinberg@aol.com
4
   Attorneys for Defendant
5  STEVEN SHELTON

6

7

8              UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )    **NO. CR-05-00334 ~~WDB~~ (SBA)**
                                    )
11              Plaintiff,          )    [~~Proposed~~] **ORDER**
                                    )
12         vs.                      )
                                    )
13 STEVEN SHELTON, et. al.,         )
                                    )
14                                  )
              Defendants            )
15 _____      )

16

17    Good cause appearing therefore,

18    IT IS HEREBY ORDERED that defendant Steven Shelton may surrender his passport on

19 or before September 30, 2005, to the Clerk of this Court.

20

21 Dated: September 13, 2005

22

23

24    _____
      HONORABLE WAYNE D. BRAZIL
25    United States Magistrate Judge

26

Law Offices of
WEINBERG & WILDER
523 Octavia Street
San Francisco, California 94102
Telephone (415) 431-3472