**FILED**

SEP 2 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN SHELTON,

    Defendant.

No. CR 05-00334-SBA

**ORDER MODIFYING PRETRIAL RELEASE CONDITIONS**

    Given the circumstances described in the defendant's attorney Doron Weinberg's letter (letter was e-filed on September 23, 2005, Document #50), the articulation of the defendant's conditions of pretrial release is modified to require him to surrender his passport if and when he is able to possess it. If the defendant is not able to locate his passport, he must not apply for any passports or other travel documents without prior permission from the Court.

IT IS SO ORDERED.

Dated: 9-28-05

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:  WDB's Stats, Copy to parties via ECF, Pretrial, Financial, Lisa Clark

G:\WDBIVY\CRORDERS\Modifyreleaseconditions.Shelton.frm