1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   UNITED STATES OF AMERICA,                    No. CR 05-334 SBA

9                 Plaintiff ,                    **ORDER SETTING HEARING FOR
                                                 DEFENDANT'S REQUEST OR MOTION
10      v.                                       FOR NEW COUNSEL**

11  STEVEN SHELTON, *et al.*,                    [Docket No. 124]

12                 Defendants.
    _____/

13

14          Good cause appearing,

15          IT IS HEREBY ORDERED THAT Defendant's Request or Motion for New Counsel is

16  hereby set for hearing on **May 16, 2006 at 11:00 a.m.**

17          IT IS SO ORDERED.

18  Dated: 5/4/06

19                                          _____
                                            SAUNDRA BROWN ARMSTRONG
20                                          United States District Judge

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California