DORON WEINBERG
(SBN 046131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703
doronweinberg@aol.com

Attorneys for Defendant STEVEN SHELTON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN SHELTON, et. al.,<br><br>Defendants. | **Case No. CR-05-00334 SBA [WDB]**<br><br>**~~[PROPOSED]~~ ORDER PERMITTING TRAVEL OUTSIDE DISTRICT** |

Defendant Steven Shelton, being required to appear in Court on May 16, 2006, before the Honorable Saundra Brown Armstrong for the purpose of pretrial conference in this matter, and good cause appearing therefor,

IT IS HEREBY ORDERED that defendant Steven Shelton be permitted to travel from the Middle District of Florida where he currently resides on May 15, 2006, to the Northern District of California.

IT IS FURTHER ORDERED that defendant shall remain in the Northern District of California through the end of the proceedings in this matter, including trial which is presently scheduled for May 22, 2006.

Dated: May 5, 2006

HONORABLE W[illegible]IL
United States [illegible]
Northern Distr[illegible]

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Wayne D. Brazil
Judge Wayne D. Brazil
NORTHERN DISTRICT OF CALIFORNIA