DORON WEINBERG
(SBN 046131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703
doronweinberg@aol.com

Attorneys for Defendant
STEVEN SHELTON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STEVEN SHELTON, et. al., )<br>)<br>Defendants. )<br>_____ ) | Case No. CR-05-00334 SBA [WDB]<br><br>[~~PROPOSED~~] ORDER DIRECTING<br>U.S. MARSHAL TO ARRANGE FOR<br>NON-CUSTODIAL TRANSPORTATION |

Defendant Steven Shelton, being required to appear in this Court on May 16, 2006 at 11:00 a.m., and having qualified for legal representation at the government's expense, and good cause appearing therefor,

IT IS HEREBY ORDERED that the United States Marshal arrange one-way non-custodial air transportation for Mr. Shelton to travel from Orlando, FL to Oakland, CA, on May 15, 2006. Alternatively, the United States Marshal may furnish the necessary fare for Mr. Shelton's trip in lieu of providing such transportation.

Dated: May 5, 2006

_____
HONORABLE [SAUNDRA BROWN ARMSTRONG]
United States [District Judge]
Northern D[istrict of California]

*IT IS SO ORDERED*
*Judge Wayne D. Brazil*

[~~Proposed~~] Order Directing U.S. Marshal to
Arrange for Non-Custodial Transportation