IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN SHELTON, *et al.*,<br><br>    Defendants.<br>_____/ | No. CR 05-334 SBA<br><br>**ORDER DIRECTING U.S. MARSHAL TO ARRANGE FOR NON-CUSTODIAL TRANSPORTATION** |

Defendant Steven Shelton, being required to appear in this Court on May 16, 2006, for the purpose of pre-trial conference in this matter, and having qualified for legal representation at the Government's expense, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the United States Marshal for the Northern District of California arrange one-way non-custodial air transportation for Mr. Shelton to travel from Oakland, California to the Middle District of Florida (Orlando) on May 16, 2006.

IT IS SO ORDERED.

Dated: 5/16/06

                                                                  *Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge