IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN SHELTON, *et al.*,<br><br>    Defendants.<br>_____ / | No. CR 05-334 SBA<br><br>**ORDER** |

This matter comes before the Court on Defendant's Motion to Continue Trial and Defendant's request to substitute counsel. The pretrial conference in this matter is set for October 3, 2006, and trial is set to begin October 4, 2006. Accordingly, IT IS HEREBY ORDERED THAT Defendant's Motion to Continue Trial and request to substitute counsel shall be heard on **September 22, 2006 at 3:00 p.m.**

IT IS FURTHER ORDERED THAT if Defendant Shelton's attorney, Doron Weinberg, is unable to appear, then his associate, Nina Wilder, shall appear in his place. Defendant Shelton shall personally appear.

IT IS SO ORDERED.

Dated: 9/20/06

                                                       _/s/ Saundra B Armstrong_
                                                     SAUNDRA BROWN ARMSTRONG
                                                     United States District Judge

*United States District Court*
*For the Northern District of California*