IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-334 SBA |
| Plaintiff, | **ORDER DIRECTING U.S. MARSHAL TO ARRANGE FOR NON-CUSTODIAL TRANSPORTATION** |
| v. | |
| STEVEN SHELTON, *et al.*, | |
| Defendants. | |

Defendant Steven Shelton, being required to appear in this Court on September 22, 2006, for the purpose of a hearing on his Motions to Substitute Counsel and Continue Trial in this matter, and having qualified for legal representation at the Government's expense, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the United States Marshal for the Northern District of California arrange one-way non-custodial air transportation for Mr. Shelton to travel from Orlando, Florida to Oakland, California on September 22, 2006. The United States Marshal may furnish the necessary fare for Mr. Shelton's trip in lieu of providing such transportation.

IT IS SO ORDERED.

Dated: 9/21/06

SAUNDRA BROWN ARMSTRONG
United States District Judge