DORON WEINBERG
(SBN 046131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703
doronweinberg@aol.com

Attorneys for Defendant
STEVEN SHELTON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STEVEN SHELTON, et. al.,<br><br>　　　　Defendants. | **Case No. CR-05-00334 SBA [WDB]**<br><br>**ORDER DIRECTING U.S. MARSHAL TO ARRANGE FOR NON-CUSTODIAL TRANSPORTATION AND LODGING** |

　　　Defendant Steven Shelton, being required to appear in this Court on October 2 and 3, 2006 and having qualified for legal representation at the government's expense, and good cause appearing therefor,

　　　IT IS HEREBY ORDERED that the United States Marshal arrange one-way non-custodial air transportation for Mr. Shelton to travel from Orlando, FL to Oakland, CA, on October 1, 2006 with a return flight from Oakland, CA to Orlando, FL on the afternoon of October 3, 2006, after court proceedings in this matter have been completed. Alternatively, the United States Marshal may furnish the necessary fare for Mr. Shelton's trip in lieu of providing such transportation.

///

two

1   IT IS FURTHER ORDERED that the United States Marshal arrange for ~~three~~ nights

2 lodging for Mr. Shelton at a location, near the courthouse, if possible, while he is in the bay area

3 attending court proceedings.

4

5   9/25/06                           _____
                                      HONORABLE SAUNDRA BROWN ARMSTRONG
6                                     United States District Judge
                                      Northern District of California
7

[Proposed] Order Directing U.S. Marshal to
Arrange for Non-Custodial Transportation                2
And Lodging