DORON WEINBERG
(SBN 046131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703
doronweinberg@aol.com

Attorneys for Defendant
STEVEN SHELTON

RECEIVED
SEP 2 0 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR-05-00334 SBA |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER PERMITTING DOCUMENT TO BE FILED UNDER SEAL |
| vs. | ) | |
| STEVEN SHELTON, et. al., | ) | |
| Defendants. | ) | Submitting Counsel are directed to serve this order upon all other parties in this action. |

Good cause appearing therefor,

IT IS HEREBY ORDERED that the Supplemental Declaration of Doron Weinberg in Support of Defendant Shelton's Motion to Continue Trial in the above-referenced matter is to be filed under seal.

Dated: 9-25-06

HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Court Judge
Northern District of California