LATHAM & WATKINS LLP
  Robert E. Sims (Bar No. 116680)
    robert.sims@lw.com
  Ashley M. Bauer (Bar No. 231626)
    ashley.bauer@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Defendant
STEVEN SHELTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN SHELTON,<br><br>Defendant. | CASE NO. CR-05 00334 SBA [WDB]<br><br>[PROPOSED] ORDER DIRECTING U.S. MARSHAL TO ARRANGE FOR NON-CUSTODIAL TRANSPORTATION |

Defendant Steven Shelton, being required to appear in this Court on Tuesday, January 9, 2007 at 10:00 am, and having qualified for legal representation at the government's expense, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marshal for the Middle District of Florida arrange one-way non-custodial air transportation for Mr. Shelton to travel from Oakland, CA to Orlando, FL on the afternoon of January 9, 2007, after court proceedings in this matter have been completed. Alternatively, the United States Marshal may furnish the necessary fare for Mr. Shelton's trip in lieu of providing such transportation.

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER DIRECTING U.S. MARSHAL
TO ARRANGE FOR NON-CUSTODIAL
TRANSPORTATION

1
2
3  Dated: _Jan 7, 2004_
4
5
6                                            _____
7                                            HONORABLE SAUNDRA BROWN ARMSTRONG
                                             United States District Judge
                                             Northern District of California
8  SF\591762.1
9
10
11
...
28

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER DIRECTING U.S. MARSHAL
TO ARRANGE FOR NON-CUSTODIAL
TRANSPORTATION