LATHAM & WATKINS LLP
   Robert E. Sims (Bar No. 116680)
     robert.sims@lw.com
   Ashley M. Bauer (Bar No. 231626)
     ashley.bauer@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Defendant
STEVEN SHELTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>STEVEN SHELTON,<br><br>            Defendant. | CASE NO. CR-05 00334 SBA [WDB]<br><br>[PROPOSED] ORDER EXCUSING DEFENDANT SHELTON'S PERSONAL APPEARANCE |

Good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant Shelton's personal appearance at the hearing on Tuesday, January 9, 2007 is excused.

Dated:   1/8/07

                                         /s/ Saundra B. Armstrong
                                       HONORABLE SAUNDRA BROWN ARMSTRONG
                                       United States District Judge
                                       Northern District of California

SF\592661.1