LATHAM & WATKINS LLP
   Robert E. Sims (Bar No. 116680)
     robert.sims@lw.com
   Ashley M. Bauer (Bar No. 231626)
     ashley.bauer@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Defendant
STEVEN SHELTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>STEVEN SHELTON,<br><br>    Defendant. | CASE NO. CR-05 00334 SBA [WDB]<br><br>[PROPOSED] ORDER DIRECTING U.S. MARSHAL TO ARRANGE FOR NON-CUSTODIAL TRANSPORTATION AND LODGING |

     Defendant Steven Shelton, being required to appear in this Court on Tuesday, March 6, 2007 at 10:00 am, and having qualified for legal representation at the government's expense, and good cause appearing therefore,

     IT IS HEREBY ORDERED that the United States Marshal arrange one-way non-custodial air transportation for Mr. Shelton to travel from Orlando, FL to Oakland, CA on March 5, 2007. Alternatively, the United States Marshal may furnish the necessary fare for Mr. Shelton's trip in lieu of providing such transportation.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER DIRECTING U.S. MARSHAL
TO ARRANGE FOR NON-CUSTODIAL
TRANSPORTATION AND LODGING

1
2  IT IS FURTHER ORDERED that the United States Marshal arrange for one
3  night's lodging for Mr. Shelton at a location, near the courthouse, if possible, while he is in the
4  Bay Area attending court proceedings. Alternatively, the United States Marshal may reimburse
5  Mr. Shelton's lodging costs in lieu of providing such lodging.
6
7
8  Dated:  2/15/07
9
10
11  *[signature: Saundra B. Armstrong]*
    HONORABLE SAUNDRA BROWN ARMSTRONG
    United States District Judge
12  Northern District of California

SF\597615.1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER DIRECTING U.S. MARSHAL
TO ARRANGE FOR NON-CUSTODIAL
TRANSPORTATION AND LODGING