1  LATHAM & WATKINS LLP
      Robert E. Sims (Bar No. 116680)
2        robert.sims@lw.com
      Ashley M. Bauer (Bar No. 231626)
3        ashley.bauer@lw.com
   505 Montgomery Street, Suite 2000
4  San Francisco, California  94111-2562
   Telephone:  (415) 391-0600
5  Facsimile:  (415) 395-8095

6  Attorneys for Defendant
   STEVEN SHELTON
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        CASE NO. CR-05 00334 SBA [WDB]

12               Plaintiff,          ORDER EXCUSING DEFENDANT
                                     SHELTON'S PERSONAL APPEARANCE
13          v.

14  STEVEN SHELTON,

15               Defendant.

16

17          Good cause appearing therefor,

18          IT IS HEREBY ORDERED that Defendant Steven Shelton's personal appearance

19  at the status conference on Tuesday, March 27, 2007 is excused.

20  Dated: 3/22/07

21                                   _____
                                     HONORABLE SAUNDRA BROWN
22                                   ARMSTRONG
                                     United States District Judge
23                                   Northern District of California

24  SF\602654.1

25

26

27

28