**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 05-00334 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket Nos. 406, 412] |
| LAL BHATIA, *et al.*, | |
| Defendants. | |

Before the Court are defendant Steven Shelton's Application for Orders Directing U.S. Marshal to Arrange for Noncustodial Transportation and Lodging, or alternatively Permitting Appearance by Telephone [Docket No. 406] and Application for Orders Directing U.S. Marshal to Arrange for Noncustodial Transportation and Lodging [Docket No. 412]. Defendant Shelton sought orders from the Court for the U.S. Marshal to reimburse him for transport from Austin, Texas to Oakland and lodging in Oakland, or to pay for the same, or to allow him to appear by telephone, in connection with October 21 and 28, 2008 hearings. *See* Docket No. 406 and 412. The Court, however, vacated these hearings. *See* Docket Nos. 408, 414. As such, the Court DENIES as moot defendant Shelton's motions for transport and lodging [Docket Nos. 406, 412].

IT IS SO ORDERED.

October 27, 2008

_____
Saundra Brown Armstrong
United States District Judge