LATHAM & WATKINS LLP
  Robert E. Sims (Bar No. 116680)
    robert.sims@lw.com
  Ashley M. Bauer (Bar No. 231626)
    ashley.bauer@lw.com
  Christopher W. Johnstone (Bar No. 242152)
    chris.johnstone@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-2562
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

Attorneys for Defendant
STEVEN SHELTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR-05 00334 SBA [WDB] |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TEMPORARILY MODIFYING THE RELEASE CONDITIONS OF DEFENDANT STEVEN SHELTON** |
| v. | |
| STEVEN SHELTON, | |
| Defendant. | |

WHEREAS, Defendant Steven Shelton is not currently in custody and has remained free on his own recognizance since his initial appearance on May 5, 2005; and

WHEREAS, Mr. Shelton has been fully compliant with the conditions of his release throughout the pendency of this case; and

WHEREAS, this case is currently stayed on appeal pursuant to the Court's Order filed on October 24, 2008 (Doc. 414);

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the conditions of Mr. Shelton's release be temporarily modified to allow him to travel to Honduras with his wife to celebrate their twentieth wedding anniversary from May 22-31, 2009.

| | | |
|---|---|---|
| 1  Dated: April 7, 2009 | By | /S/ |
| 2 | | STEPHEN G. CORRIGAN |
| | | Assistant United States Attorney |

Dated: April 7, 2009                                    LATHAM & WATKINS LLP

By            /S/
Christopher W. Johnstone
Attorneys for Defendant,
STEVEN SHELTON

PURSUANT TO STIPULATION IT IS ORDERED that Mr. Shelton's release conditions be temporarily modified to permit him to travel to Honduras during the week of May 22-31, 2009.

Dated: April 9, 2009

GRANTED
Wayne D. Brazil
Judge Wayne D. Brazil
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WAYNE D. BRAZIL
United States Magistrate Judge

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Stephen G. Corrigan.