LATHAM & WATKINS LLP
   Robert E. Sims (Bar No. 116680)
     robert.sims@lw.com
   Ashley M. Bauer (Bar No. 231626)
     ashley.bauer@lw.com
   Christopher W. Johnstone (Bar No. 242152)
     chris.johnstone@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-2562
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

Attorneys for Defendant
STEVEN SHELTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>STEVEN SHELTON,<br><br>          Defendant. | CASE NO. CR-05 00334 SBA [WDB]<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE FOR MOTIONS BY DEFENDANT STEVEN SHELTON**<br><br>Date:  July 13, 2010<br>Time:  11:00 a.m.<br>Judge: Honorable Saundra Brown Armstrong<br>Court: Courtroom 1, 4th Floor |

1    WHEREAS, a status conference was held on May 18, 2010 setting a June 4, 2010 deadline for motions; and

2

3    WHEREAS, Mr. Shelton and the government have been engaged in discussions regarding a resolution of Mr. Shelton's case; and

4

5    WHEREAS, an extension to the deadline for Mr. Shelton's motions will allow the parties to continue to make progress in negotiating a resolution of Mr. Shelton's case; and

6

7    WHEREAS, any motions filed by Mr. Shelton will likely result in a waste of judicial resources;

8

9    IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the deadline for Mr. Shelton's motions (if any are necessary) shall be extended two weeks to June 18, 2010.

10

11

12

13

14   Dated:  June 4, 2010                By            /S/
                                           STEPHEN G. CORRIGAN
15                                         Assistant United States Attorney

16

17
     Dated:  June 4, 2010                LATHAM & WATKINS LLP
18

19                                       By            /S/
                                           Christopher W. Johnstone
20                                         Attorneys for Defendant,
                                           STEVEN SHELTON
21

22

*Filer's Attestation:   Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Stephen G. Corrigan.*

1  PURSUANT TO STIPULATION IT IS ORDERED that the deadline for Mr.
2  Shelton's motions (if any are necessary) shall be extended two weeks to June 18, 2010.

4  Dated: June  4, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge