| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |    Robert E. Sims (Bar No. 116680) |
| 2 |      robert.sims@lw.com |
| |    Ashley M. Bauer (Bar No. 231626) |
| 3 |      ashley.bauer@lw.com |
| |    Christopher W. Johnstone (Bar No. 242152) |
| 4 |      chris.johnstone@lw.com |
| | 505 Montgomery Street, Suite 2000 |
| 5 | San Francisco, California  94111-2562 |
| | Telephone:  (415) 391-0600 |
| 6 | Facsimile:  (415) 395-8095 |
| 7 | Attorneys for Defendant |
| | STEVEN SHELTON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>STEVEN SHELTON,<br><br>             Defendant. | CASE NO. CR-05 00334 SBA<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE FOR MOTIONS BY DEFENDANT STEVEN SHELTON**<br><br>Date:   July 13, 2010<br>Time:  11:00 a.m.<br>Judge: Honorable Saundra Brown Armstrong<br>Court: Courtroom 1, 4th Floor |

1  WHEREAS, a status conference was held on May 18, 2010 setting a June 4, 2010 deadline for motions; and

2  WHEREAS, Mr. Shelton and the government have been engaged in discussions regarding a resolution of Mr. Shelton's case; and

3  WHEREAS, on June 7, 2010 the Court extended the deadline for Mr. Shelton's motions to June 18, 2010 to allow the parties to make progress in negotiating a resolution of Mr. Shelton's case; and

4  WHEREAS, the parties continue to make progress in negotiating a resolution of Mr. Shelton's case; and

5  WHEREAS, an extension to the June 18, 2010 deadline for Mr. Shelton's motions will allow the parties to continue to make progress in negotiating a resolution of Mr. Shelton's case; and

6  WHEREAS, any motions filed by Mr. Shelton will likely result in a waste of judicial resources;

7  IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the deadline for Mr. Shelton's motions (if any are necessary) shall be extended to July 13, 2010.

Dated:  June 18, 2010            By            /S/
                                      STEPHEN G. CORRIGAN
                                      Assistant United States Attorney


Dated:  June 18, 2010            LATHAM & WATKINS LLP

                                 By            /S/
                                      Christopher W. Johnstone
                                      Attorneys for Defendant,
                                      STEVEN SHELTON

1

2   *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I*
3   *attest under penalty of perjury that concurrence in the filing of the document has been obtained*
4   *from Stephen G. Corrigan.*

5

6           PURSUANT TO STIPULATION IT IS ORDERED that the deadline for Mr.
7   Shelton's motions (if any are necessary) shall be extended to July 13, 2010.

8

9   Dated: June 21 , 2010            _____
10                                                    SAUNDRA BROWN ARMSTRONG
                                                  United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28