LATHAM & WATKINS LLP
  Robert E. Sims (Bar No. 116680)
    robert.sims@lw.com
  Ashley M. Bauer (Bar No. 231626)
    ashley.bauer@lw.com
  Christopher W. Johnstone (Bar No. 242152)
    chris.johnstone@lw.com
  Evangeline A. Zimmerman (Bar No. 266966)
    evangeline.zimmerman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  (415) 391-0600
Facsimile:   (415) 395-8095

Attorneys for Defendant
STEVEN SHELTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR-05 00334 SBA [WDB] |
|---|---|
| Plaintiff, | ORDER DIRECTING U.S. MARSHAL TO ARRANGE FOR NON-CUSTODIAL TRANSPORTATION AND LODGING |
| v. | |
| STEVEN SHELTON, | |
| Defendant. | |

Defendant Steven Shelton, being required to appear in this Court on Tuesday, July 13, 2010 at 2:30 p.m., and having qualified for legal representation at the government's expense, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marshal for the Northern District of California arrange one-way non-custodial air transportation for Mr. Shelton to travel from Austin, Texas to Oakland, California on the morning of July 12, 2010.  Alternatively, the United States Marshal may furnish the necessary fare for Mr. Shelton's trip in lieu of providing such transportation.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER DIRECTING U.S. MARSHAL
TO ARRANGE FOR NON-CUSTODIAL
TRANSPORTATION AND LODGING; CR 05-00334

1       IT IS FURTHER ORDERED that the United States Marshal arrange for one
2  night's lodging for Mr. Shelton at a location, near the courthouse if possible, on the night of July
3  12, 2010 for the purpose of attending the July 13, 2010 court proceedings.  Alternatively, the
4  United States Marshal may reimburse Mr. Shelton's lodging costs in lieu of providing such
5  lodging.

10  Dated:  7/9/10

12                                  _____
                                    HONORABLE SAUNDRA BROWN
                                    ARMSTRONG
13                                  United States District Judge
                                    Northern District of California

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER DIRECTING U.S. MARSHAL
TO ARRANGE FOR NON-CUSTODIAL
TRANSPORTATION AND LODGING; CR 05-00334