LATHAM & WATKINS LLP
  Robert E. Sims (Bar No. 116680)
    robert.sims@lw.com
  Ashley M. Bauer (Bar No. 231626)
    ashley.bauer@lw.com
  Christopher W. Johnstone (Bar No. 242152)
    chris.johnstone@lw.com
  Evangeline A. Zimmerman (Bar No. 266966)
    evangeline.zimmerman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-2562
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

Attorneys for Defendant
STEVEN SHELTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-05 00334 SBA [WDB] |
| Plaintiff, | ORDER EXCUSING DEFENDANT SHELTON'S PERSONAL APPEARANCE |
| v. | |
| STEVEN SHELTON, | |
| Defendant. | |

Good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant Steven Shelton's personal appearance at the status conference on Tuesday, July 27, 2010 is excused.

Dated: 7/20/10

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge
Northern District of California

[PROPOSED] ORDER EXCUSING DEFENDANT'S PERSONAL APPEARANCE; CR 05-00334