LATHAM & WATKINS LLP
   Robert E. Sims (Bar No. 116680)
     robert.sims@lw.com
   Ashley M. Bauer (Bar No. 231626)
     ashley.bauer@lw.com
   Christopher W. Johnstone (Bar No. 242152)
     chris.johnstone@lw.com
   Evangeline A. Zimmerman (Bar No. 266966)
     evangeline.zimmerman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile:  (415) 395-8095

Attorneys for Defendant
STEVEN SHELTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR-05 00334 SBA [WDB] |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DIRECTING U.S. MARSHAL TO ARRANGE FOR NON-CUSTODIAL TRANSPORTATION |
| v. | |
| STEVEN SHELTON, | |
| Defendant. | |

Defendant Steven Shelton, being required to appear in this Court on Friday, July 30, 2010 at 3:00 p.m., and having qualified for legal representation at the government's expense, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marshal for the Northern District of California arrange one-way non-custodial air transportation for Mr. Shelton to travel from Austin, Texas to Oakland, California on the morning of July 29, 2010. Alternatively, the United States Marshal may furnish the necessary fare for Mr. Shelton's trip in lieu of providing such transportation.

1
2  Dated: 7/22/10
3                                              _____
                                               HONORABLE SAUNDRA BROWN
4                                              ARMSTRONG
                                               United States District Judge
5                                              Northern District of California

6
7
8
...
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER DIRECTING U.S. MARSHAL TO
ARRANGE FOR NON-CUSTODIAL TRANSPORTATION;
CR 05-00334