| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Robert E. Sims (Bar No. 116680)<br>robert.sims@lw.com |
| 3 | Ashley M. Bauer (Bar No. 231626)<br>ashley.bauer@lw.com |
| 4 | Christopher W. Johnstone (Bar No. 242152)<br>chris.johnstone@lw.com |

505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  (415) 391-0600
Facsimile:   (415) 395-8095

Attorneys for Defendant
STEVEN SHELTON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>STEVEN SHELTON,<br><br>            Defendant. | CASE NO. CR-05 00334 SBA [WDB]<br><br>ORDER DIRECTING U.S. MARSHAL TO ARRANGE FOR NON-CUSTODIAL TRANSPORTATION |

Defendant Steven Shelton, being required to appear in this Court on Friday, July 30, 2010 at 3:00 p.m., and having qualified for legal representation at the government's expense, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marshal for the Northern District of California arrange one-way non-custodial air transportation for Mr. Shelton to travel from Oakland, California to Austin, Texas in evening of July 30, 2010 after court proceedings in this matter have been completed.  Alternatively, the United States Marshal may furnish the necessary fare for Mr. Shelton's trip in lieu of providing such transportation.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER DIRECTING U.S. MARSHAL TO
ARRANGE FOR NON-CUSTODIAL TRANSPORTATION;
CR 05-00334

1
2  Dated: 7/22/10
3
4                                              _____
                                               HONORABLE SAUNDRA BROWN
5                                              ARMSTRONG
                                               United States District Judge
6                                              Northern District of California
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2   [PROPOSED] ORDER DIRECTING U.S. MARSHAL TO
ARRANGE FOR NON-CUSTODIAL TRANSPORTATION;
CR 05-00334