LATHAM & WATKINS LLP
  Robert E. Sims (Bar No. 116680)
    robert.sims@lw.com
  Ashley M. Bauer (Bar No. 231626)
    ashley.bauer@lw.com
  Christopher W. Johnstone (Bar No. 242152)
    chris.johnstone@lw.com
  Evangeline A.Z. Burbidge (Bar No. 266966)
    evangeline.burbidge@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-2562
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

Attorneys for Defendant
STEVEN SHELTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>STEVEN SHELTON,<br><br>　　　　　　　Defendant. | CASE NO. CR-05 00334 SBA<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING AND EXTENDING THE DEADLINE FOR SENTENCING MEMORANDA BY THE GOVERNMENT AND DEFENDANT STEVEN SHELTON**<br><br>The Honorable Saundra Brown Armstrong<br><br>Sentencing Date:　July 20, 2011<br>Sentencing Time:　3:00 p.m |

　　　　WHEREAS, the Court rescheduled the time of Mr. Shelton's sentencing hearing from 10:00 a.m. to 3:00 p.m. on Wednesday, July 20, 2011;

　　　　WHEREAS, Mr. Shelton's attorneys are not available to appear at the rescheduled time;

　　　　WHEREAS, the Government and Mr. Shelton's attorneys have been engaged in discussions regarding the date of the upcoming hearing and the related sentencing memoranda;

1         WHEREAS, both agreed that rescheduling the sentencing hearing on September 7, 2011 at 10:00 a.m. would allow all necessary parties to appear;

3         WHEREAS, both agreed that an extension of the deadline for Mr. Shelton and the Government's sentencing memoranda would allow the parties the opportunity to discuss the significance of Mr. Shelton's cooperation with the Government's investigation and the related 5K1 motion more fully;

7         WHEREAS, it would promote judicial economy and the efficient use of the parties' resources to continue this matter to such time as both parties can appear and to extend the deadline for the sentencing memoranda to provide both parties the opportunity to file fully-informed memoranda with the Court;

11         NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties through their counsel of record, that the sentencing hearing for Mr. Shelton currently scheduled for July 20, 2011 at 3:00 p.m. is continued until September 7, 2011 at 10:00 a.m. and the deadline for Mr. Shelton and the Government's sentencing memoranda is extended to August 29, 2011.

Dated: July 11, 2011          By         /s/
                                                  Stephen G. Corrigan
                                                  Assistant United States Attorney

Dated: July 11, 2011          LATHAM & WATKINS LLP

                                    By         /s/
                                                  Ashley M. Bauer
                                                  Attorneys for Defendant,
                                                  STEVEN SHELTON

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, the sentencing hearing currently scheduled in this matter for Steve Shelton on July 20, 2011 at 3:00 p.m. is continued until September 7, 2011 at 10:00 a.m. Also, the deadline for Mr. Shelton and the Government's sentencing memoranda is extended to ***August 22, 2011.***

**IT IS SO ORDERED.**

Dated: July 13, 2011

*[signature]*
SAUNDRA BROWN ARMSTRONG
United States District Judge

## ELECTRONIC CASE FILING ATTESTATION

I, Evangeline A.Z. Burbidge, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING AND EXTENDING THE DEADLINE FOR SENTENCING MEMORANDA BY THE GOVERNMENT AND DEFENDANT STEVEN SHELTON** on behalf of all parties pursuant to Civil Local Rules 7-12. In compliance with General Order No. 45(X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from its signatories.

Dated: July 11, 2011

By: /s/

Evangeline A.Z. Burbidge
Attorneys for Defendant,
STEVEN SHELTON