```
 1  LATHAM & WATKINS LLP
       Robert E. Sims (Bar No. 116680)
 2        robert.sims@lw.com
       Ashley M. Bauer (Bar No. 231626)
 3        ashley.bauer@lw.com
       Christopher W. Johnstone (Bar No. 242152)
 4        chris.johnstone@lw.com
       Evangeline A.Z. Burbidge (Bar No. 266966)
 5        evangeline.burbidge@lw.com
    505 Montgomery Street, Suite 2000
 6  San Francisco, California 94111-6538
    Telephone:  (415) 391-0600
 7  Facsimile:   (415) 395-8095

 8  Attorneys for Defendant
    STEVEN SHELTON
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR-05 00334 SBA |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DIRECTING U.S. MARSHAL TO ARRANGE FOR NON-CUSTODIAL TRANSPORTATION |
| v. | |
| STEVEN SHELTON, | |
| Defendant. | |

Defendant Steven Shelton, being required to appear in this Court for sentencing on Wednesday, September 7, 2011 at 10:00 a.m., and having qualified for legal representation at the government's expense and been determined to have a minimal monthly cash flow by the U.S. Probation Office, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marshal for the Northern District of California arrange one-way non-custodial air transportation for Mr. Shelton to travel from Austin, Texas to Oakland, California on the morning of September 6, 2011.  Alternatively, the United States Marshal may furnish the necessary fare for Mr. Shelton's trip in lieu of providing such transportation.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER DIRECTING U.S. MARSHAL TO
ARRANGE FOR NON-CUSTODIAL TRANSPORTATION;
CR 05-00334

1
2  Dated: 7/25/11
3
   _____
   HONORABLE SAUNDRA BROWN
4  ARMSTRONG
   United States District Judge
   Northern District of California
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER DIRECTING U.S. MARSHAL TO
ARRANGE FOR NON-CUSTODIAL TRANSPORTATION;
CR 05-00334