LATHAM & WATKINS LLP
   Robert E. Sims (Bar No. 116680)
     robert.sims@lw.com
   Ashley M. Bauer (Bar No. 231626)
     ashley.bauer@lw.com
   Christopher W. Johnstone (Bar No. 242152)
     chris.johnstone@lw.com
   Evangeline A.Z. Burbidge (Bar No. 266966)
     evangeline.burbidge@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile:  (415) 395-8095

Attorneys for Defendant
STEVEN SHELTON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN SHELTON, <br><br> Defendant. | CASE NO. CR-05 00334 SBA <br><br> ORDER DIRECTING U.S. MARSHAL TO ARRANGE FOR NON-CUSTODIAL TRANSPORTATION |

      Defendant Steven Shelton, being required to appear in this Court for sentencing on Wednesday, September 7, 2011 at 10:00 a.m., and having qualified for legal representation at the government's expense and been determined to have a minimal monthly cash flow by the U.S. Probation Office, and good cause appearing therefore,

      IT IS HEREBY ORDERED that the United States Marshal for the Northern District of California arrange one-way non-custodial air transportation for Mr. Shelton to travel from Oakland, California to Austin, Texas in evening of September 7, 2011 after court proceedings in this matter have been completed. Alternatively, the United States Marshal may furnish the necessary fare for Mr. Shelton's trip in lieu of providing such transportation.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER DIRECTING U.S. MARSHAL TO
ARRANGE FOR NON-CUSTODIAL TRANSPORTATION;
CR 05-00334

1  Dated: 7/25/11

3  _____
   HONORABLE SAUNDRA BROWN
4  ARMSTRONG
   United States District Judge
   Northern District of California

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER DIRECTING U.S. MARSHAL TO
ARRANGE FOR NON-CUSTODIAL TRANSPORTATION;
CR 05-00334